**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Robert A. CARTER, Defendant— Appellant.**

No. 01–10493.

D.C. No. CR–00–00287–LDG.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2003.*

Decided May 15, 2003.

Before PREGERSON, REINHARDT and GRABER, Circuit Judges.

## MEMORANDUM**

Robert A. Carter appeals the judgment of conviction and 36–month sentence following his guilty plea to conspiracy in violation of 18 U.S.C. § 371. His attorney has filed a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a brief stating that

counsel cannot identify any nonfrivolous issues for review.

We have conducted an independent review of the record and the briefs on appeal pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), which disclosed that Carter knowingly and voluntarily waived his right to appeal his conviction and he was sentenced within the terms of the plea agreement. Accordingly, we enforce the waiver and dismiss the appeal. *United States v. Martinez,* 143 F.3d 1266, 1270–72 (9th Cir. 1998) (enforcing waiver of right to appeal where waiver is knowing and voluntary and sentence is in accordance with plea agreement).

Counsel's motion to withdraw is **GRANTED,** and the appeal is **DISMISSED.**

Sevaro Perasa–Pena appeals the judgment of conviction and 35–month sentence following his guilty plea to Harboring Illegal Aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(iii). His attorney has filed a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a brief stating that counsel cannot identify any nonfrivolous issues for review.

We have conducted an independent review of the record and the briefs on appeal pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), which disclosed that Perasa–Pena knowingly and voluntarily waived his right to appeal his conviction and he was sentenced within the terms of the plea agreement. Accordingly, we enforce the waiver and dismiss the appeal. *United States v. Martinez,* 143 F.3d 1266, 1270–72 (9th Cir. 1998) (enforcing waiver of right to appeal where waiver is knowing and voluntary and sentence is in accordance with plea agreement).

Counsel's motion to withdraw is **GRANTED,** and the appeal is **DISMISSED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.